Maysoun Fletcher, Esq.
Nevada Bar No. 10041
The Fletcher Firm, P.C.
5510 South Fort Apache Rd.
Las Vegas, Nevada 89148
Telephone: (702) 835-1542
Facsimile: (702) 835-1559
maf@fletcherfirmlaw.com
Attorney for Defendant,
JONTUE MACK

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br><br>vs.<br><br>JONTUE MACK<br>　　　　Defendant. | CASE NO.: 2:20-CR-00105-APG-VCF<br><br>STIPULATION TO CONTINUE TIME FOR PRELIMINARY AND REVOCATION HEARINGS |

**STIPULATION TO CONTINUE**

IT IS HEREBY STIPULATED AND AGREED by and between Angelica Marmorstein, Assistant United States Attorney, Counsel for UNITED STATES OF AMERICA, and Maysoun Fletcher, Esq., Counsel for Defendant Jontue Mack, that the Preliminary Hearing currently scheduled for March 21, 2022 at 2:00 p.m. and Revocation Hearing currently scheduled for March 23, 2022 at 3:30 p.m. be vacated and reset one week.

This Stipulation is entered into for the following reasons:

　　1.　Counsel for the defendant had unexpected travel delays making it impossible to appear at the currently scheduled Preliminary Hearing.

　　2.　Counsel for the defendant has spoken to her client and he has no objection to the request for continuance.

　　3.　Counsel for the United States has no objection to the continuance.

　　4.　Denial of this request for continuance could result in a miscarriage justice.

5. The additional time requested by this stipulation is excludable in computing the time within which trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161 (h)(1)(D) and Title 18, United States Code Section 3161 (h)(7)(A) considering the factors in Title 18, United States Code, Sections 3161 (h)(7)(B)(I) and 3161 (h)(7)(B)(iv).

6. For all the above-stated reasons, the ends of justice would best be served by a continuance of the current Sentencing Hearing.

7. This is the first request for continuance filed herein.

DATED: March 20, 2022.

| | |
|---|---|
| /s/ Angelica Marmorstein | /s/ Maysoun Fletcher |
| **Angelica Marmorstein, Esq.** | **Maysoun Fletcher, Esq.** |
| Assistant United States Attorney | 5510 South Fort Apache Road |
| 501 Las Vegas Boulevard South #500 | Las Vegas, Nevada 89148 |
| Las Vegas, Nevada 89101 | Attorney for Defendant, Jontue Mack |

Maysoun Fletcher, Esq.
Nevada Bar No. 10041
The Fletcher Firm, P.C.
5510 South Fort Apache Rd.
Las Vegas, Nevada 89148
Telephone: (702) 835-1542
Facsimile: (702) 835-1559
maf@fletcherfirmlaw.com
Attorney for Defendant,
JONTUE MACK

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br>vs.<br>JONTUE MACK,<br>　　　　Defendant | CASE NO.: 2:20-CR-00105-APG-VCF |

**FINDINGS OF FACT**

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds:

This Stipulation is entered into for the following reasons:

1.　Counsel for the defendant had unexpected travel delays making it impossible to appear at the currently scheduled Preliminary Hearing.

2.　Counsel for the defendant has spoken to her client and he has no objection to the request for continuance.

3.　Counsel for the United States has no objection to the continuance.

4.　Denial of this request for continuance could result in a miscarriage justice.

5.　The additional time requested by this stipulation is excludable in computing the time within which trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161 (h)(1)(D) and Title 18, United States Code Section 3161 (h)(7)(A) considering the factors in Title 18, United States Code, Sections 3161 (h)(7)(B)(I) and 3161 (h)(7)(B)(iv).

6. For all the above-stated reasons, the ends of justice would best be served by a continuance of the current Sentencing Hearing.

7. This is the first request for continuance filed herein.

## CONCLUSIONS OF LAW

Denial of this request for continuance would deny the parties herein the opportunity to effectively and thoroughly prepare for sentencing.

Additionally, denial of this request for continuance could result in a miscarriage of justice.

## ORDER

IT IS HEREBY ORDERED that the Preliminary Hearing currently scheduled for March 21, 2022, at 2:00 p.m., is continued to the 28th day of March 2022, at 3:00 p.m. before Magistrate Judge Cam Ferenbach.

IT IS HEREBY ORDERED that the Revocation Hearing currently scheduled for March 23, 2022, at 3:30 p.m., is continued to the 12th day of April 2022, at 3:30 p.m. by videoconference before Judge Andrew P. Gordon.

IT IS SO ORDERED.

DATED this 21st day of March, 2022.

_____
HONORABLE ANDREW GORDON
U.S. DISTRICT COURT JUDGE