# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

Plaintiff,

v.

JONTUE MACK,

Defendant.

Case No. 2:20-cr-00105-APG-VCF

**ORDER TO CONTINUE PRELIMINARY HEARING**

(Second Request)

Based on the pending Stipulation of counsel, and good cause appearing therefore,

IT IS THEREFORE ORDERED that the preliminary hearing in *United States v. Jontue Mack*, 2:20-cr-00105-APG-VCF, set March 28, 2022, at 3 p.m., is hereby VACATED, and RESET for April 11, 2022, 2022, at 3:00 pm in LV Courtroom 3D.

DATED this 28th day of March, 2022.

By: _____
     HON. CAM FEFERENBACH
     UNITED STATES DISTRICT COURT JUDGE

3