CHRISTOPHER CHIOU
Acting United States Attorney
Nevada Bar Number 14853
MINA CHANG
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: 702.388.6055 / Fax: 702.388.6418
mina.chang@usdoj.gov
*Attorneys for the United States*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-cr-00105-APG-VCF |
| Plaintiff, | **STIPULATION TO CONTINUE REVOCATION HEARING** |
| v. | (Second Request) |
| JONTUE MACK, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chiou, Acting United States Attorney, and Mina Chang, Assistant United States Attorney, counsel for the United States of America, and Maysoun Fletcher, counsel for defendant Jontue Mack, that the Revocation Hearing currently scheduled on April 12, 2022 at 3:30 p.m., be vacated and continued to a date and time convenient to the Court, but no sooner than 7 days and no greater than 14 days.

This Stipulation is entered into for the following reasons:

1. The parties will attempt to discuss a resolution.

2. Probation Officer Javier Muruato, whom the Government intends to call to testify at the preliminary hearing and the revocation hearing, is on leave between March 29, 2022 to April 11, 2022.

3. Mr. Mack is in custody and the parties agree to the continuance.

4. This continuance is not sought for purposes of delay, but to allow counsel for defendant sufficient time within which to be able to effectively complete an investigation of the discovery materials provided and evaluate a possible resolution.

This is the first request for a continuance of the revocation hearing.

DATED this 28th day of March, 2022.

Respectfully submitted,

*/s/ Maysoun Fletcher*  
MAYSOUN FLETCHER  
Counsel for Jontue Mack

CHRISTOPHER CHIOU  
Acting United States Attorney

*/s/ Mina Chang*  
MINA CHANG  
Assistant United States Attorney

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JONTUE MACK,<br><br>Defendant. | Case No. 2:20-cr-00105-APG-VCF<br><br>**ORDER TO CONTINUE REVOCATION HEARING**<br><br>(Second Request) |

Based on the pending Stipulation of counsel, and good cause appearing therefore,

IT IS THEREFORE ORDERED that the revocation hearing in *United States v. Jontue Mack*, 2:20-cr-00105-APG-VCF, set for April 12, 2022, at 3:30 p.m., is hereby VACATED, and RESET for April 19, 2022, at 11:00 a.m. by videoconference.

DATED this 30th day of March, 2022.

By: _____
HON. ANDREW P. GORDON
UNITED STATES DISTRICT COURT JUDGE