UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br>v.<br><br>JONTUE MACK,<br><br>    Defendant. | Case No. 2:20-cr-00105-APG-VCF<br><br>**ORDER TO TRANSPORT DEFENDANT** |

Defendant Jontue Mack has admitted to some of the allegations in the Government's Petition for Warrant. ECF No. 46. Based on those admissions, and at the defendant's request, I am ordering Mack to participate in a 90-day in-patient substance abuse and mental health treatment program at WestCare Nevada. In order to facilitate that, I am ordering the United States Marshal to transport Mack to the courthouse and release him to the custody of the Probation Office, which will transport Mack to WestCare.

I THEREFORE ORDER the United States Marshal to transport Jontue Mack from the Nevada Southern Detention Center to the Lloyd D. George Federal Courthouse on Thursday, April 21, 2022, and to release him from the Marshal's cell block to the custody of the United States Probation Office on that same day.

I FURTHER ORDER the Probation Office to pick up Mack from the Marshal's holding cell at the courthouse on Thursday April 21, 2022, and to transport him to WestCare.

DATED THIS 19th day of April, 2022.

Andrew P. Gordon
UNITED STATES DISTRICT JUDGE