THE FLETCHER FIRM, P.C.
MAYSOUN FLETCHER
Nevada Bar Number 10041
5510 S. Fort Apache Road
Las Vegas, Nevada 89148
Phone: (702) 835-1542
Email: maf@fletcherfirmlaw.com
*Attorney for Jontue Mack*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,  Plaintiff,  vs.  JONTUE MACK,  Defendant. | Case No.: 2:20-cr-0105-APG-VCF  **FINDINGS OF FACT, CONCLUSIONS OF LAW AND ORDER** |

### **FINDINGS OF FACTS**

Based upon the pending stipulation of the parties, and good cause appearing therefore, the Court finds that:

1. Defendant Mack is currently in custody and does not object to this requested continuance.
2. The Parties agree to this continuance.
3. The Parties are working on a potential resolution and defense counsel needs additional time to gather information and meet with Mr. Mack.
4. This is the first request for a continuance.

/ / /

/ / /

/ / /

// / /

/ / /

/ / /

3

**CONCLUSIONS OF LAW**

1. Denial of this request for continuance would likely result in a miscarriage of justice;

**ORDER**

**IT IS THEREFORE ORDERED** that the Preliminary Hearing set for February 3, 2023 is vacated and continued to Monday, May 8 2023 at 10:00 a.m. in Courtroom 3A.

Dated this 1st day of February, 2023.

_____
UNITED STATES MAGISTRATE JUDGE