THE FLETCHER FIRM, P.C.
MAYSOUN FLETCHER
Nevada Bar Number 10041
5510 S. Fort Apache Road
Las Vegas, Nevada 89148
Phone: (702) 835-1542
Email: maf@fletcherfirmlaw.com
*Attorney for Jontue Mack*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>JONTUE MACK,<br><br>　　　　　Defendant. | Case No.:  2:20-cr-0105-APG-VCF<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING** |

**IT IS HEREBY STIPULATED AND AGREED**, by and between Jason M. Frierson, United States Attorney, Mina Chang, Assistant United States Attorney, counsel for the United States of America; and Maysoun Fletcher, Esq., counsel for Jontue Mack that the Revocation Hearing currently scheduled for February 8, 2023 at 10:30 a.m. be vacated and continued ninety (90) days. The Stipulation is entered into for the following reasons:

1. Defendant Mack is currently in custody and does not object to this requested continuance.
2. The Parties agree to this continuance.
3. The Parties are working on a potential resolution and defense counsel needs additional time to gather information and meet with Mr. Mack.
4. This is the first request for continuance.

1

DATED this 1st day of February, 2023.

Respectfully submitted,

JASON M. FRIERSON
United States Attorney

| | |
|---|---|
| */s/ Mina Chang* | */s/ Maysoun Fletcher, Esq.* |
| Mina Chang | Maysoun A. Fletcher, Esq. |
| Assistant United States Attorney | Counsel for Jontue Mack |

THE FLETCHER FIRM, P.C.
MAYSOUN FLETCHER
Nevada Bar Number 10041
5510 S. Fort Apache Road
Las Vegas, Nevada 89148
Phone: (702) 835-1542
Email: maf@fletcherfirmlaw.com
*Attorney for Jontue Mack*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,

Plaintiff,

vs.

JONTUE MACK,

Defendant.

Case No.: 2:20-cr-0105-APG-VCF

**FINDINGS OF FACT, CONCLUSIONS OF LAW AND ORDER**

**FINDINGS OF FACTS**

Based upon the pending stipulation of the parties, and good cause appearing therefore, the Court finds that:

1. Defendant Mack is currently in custody and does not object to this requested continuance.
2. The Parties agree to this continuance.
3. The Parties are working on a potential resolution and defense counsel needs additional time to gather information and meet with Mr. Mack.
4. This is the first request for a continuance.

/ / /

/ / /

/ / /

// / /

/ / /

/ / /

**CONCLUSIONS OF LAW**

1. Denial of this request for continuance would likely result in a miscarriage of justice;

**ORDER**

**IT IS THEREFORE ORDERED** that the Revocation Hearing set for February 8, 2023 is vacated and continued to May 17, 2023 at 9:00 a.m. in Courtroom 6C.

Dated this 3rd day of February, 2023.

_____
UNITED STATES DISTRICT COURT JUDGE