THE FLETCHER FIRM, P.C.
MAYSOUN FLETCHER
Nevada Bar Number 10041
5510 S. Fort Apache Road
Las Vegas, Nevada 89148
Phone: (702) 835-1542
Email: maf@fletcherfirmlaw.com
*Attorney for Jontue Mack*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,  <br><br>Plaintiff,  <br><br>vs.  <br><br>JONTUE MACK,  <br><br>Defendant. | Case No.: 2:20-cr-0105-APG-VCF  <br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**  <br><br>**[SECOND REQUEST]** |

**IT IS HEREBY STIPULATED AND AGREED**, by and between Jason M. Frierson, United States Attorney, Mina Chang, Assistant United States Attorney, counsel for the United States of America; and Maysoun Fletcher, Esq., counsel for Jontue Mack that the Revocation Hearing currently scheduled for May 17, 2023 at 9:00 a.m. be vacated and continued to October, 2023. The Stipulation is entered into for the following reasons:

1. Defendant Mack is currently in custody and, after consulting with his counsel, does not object to this requested continuance.
2. The Parties agree to this continuance.
3. The Parties are working on a potential resolution and require additional time.
4. This is the second request for continuance.

1

DATED this 6th day of April, 2023.

Respectfully submitted,

JASON M. FRIERSON
United States Attorney

| | |
|---|---|
| */s/ Mina Chang* | */s/ Maysoun Fletcher, Esq.* |
| Mina Chang | Maysoun A. Fletcher, Esq. |
| Assistant United States Attorney | Counsel for Jontue Mack |

THE FLETCHER FIRM, P.C.
MAYSOUN FLETCHER
Nevada Bar Number 10041
5510 S. Fort Apache Road
Las Vegas, Nevada 89148
Phone: (702) 835-1542
Email: maf@fletcherfirmlaw.com
*Attorney for Jontue Mack*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:20-cr-0105-APG-VCF |
| Plaintiff, | **FINDINGS OF FACT, CONCLUSIONS OF LAW AND ORDER** |
| vs. | |
| JONTUE MACK, | |
| Defendant. | |

### **FINDINGS OF FACTS**

Based upon the pending stipulation of the parties, and good cause appearing therefore, the Court finds that:

1. Defendant Mack is currently in custody and, after consulting with his counsel, does not object to this requested continuance.
2. The Parties agree to this continuance.
3. The Parties are working on a potential resolution and need additional time.
4. This is the second request for a continuance.

/ / /

/ / /

/ / /

// / /

/ / /

/ / /

3

**CONCLUSIONS OF LAW**

1. Denial of this request for continuance would likely result in a miscarriage of justice;

**ORDER**

**IT IS THEREFORE ORDERED** that the Revocation Hearing set for May 17, 2023 is vacated and continued to October 11, 2023 at 9:00 a.m. in Courtroom 6C.

Dated this 7th day of April, 2023.

_____
UNITED STATES DISTRICT COURT JUDGE

4