THE FLETCHER FIRM, P.C.
MAYSOUN FLETCHER
Nevada Bar Number 10041
5510 S. Fort Apache Road
Las Vegas, Nevada 89148
Phone: (702) 835-1542
Email: maf@fletcherfirmlaw.com
*Attorney for Jontue Mack*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.:  2:20-cr-0105-APG-VCF |
| Plaintiff, | **FINDINGS OF FACT, CONCLUSIONS OF LAW AND ORDER** |
| vs. | |
| JONTUE MACK, | |
| Defendant. | |

## **FINDINGS OF FACTS**

Based upon the pending stipulation of the parties, and good cause appearing therefore, the Court finds that:

1. Defendant Mack is currently in custody and, after consulting with his counsel, does not object to this requested continuance.
2. The Parties agree to this continuance.
3. The Parties are working on a potential resolution and need additional time.
4. This is the second request for a continuance.

/ / /

/ / /

/ / /

// / /

/ / /

/ / /

3

**CONCLUSIONS OF LAW**

1. Denial of this request for continuance would likely result in a miscarriage of justice;

**ORDER**

**IT IS THEREFORE ORDERED** that the Preliminary Hearing set for May 8, 2023 is vacated and continued to October 5, 2023 at 10:00 a.m. in Courtroom 3B.

Dated this __7th__ day of __April__, 2023.

_____
UNITED STATES MAGISTRATE JUDGE

4